DAVID L. SKELTON, TRUSTEE #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006 (Phone)
(619) 239-5242 (Fax)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

FILED 2018 NOV -5 PM 12:16 U.S. BANKRUPTCY CT CLERK SO. DIST. OF CALIF

#233A25

In Re:

KARL S. HUDJOHN

3555 AFTON ROAD
SAN DIEGO, CA 92123

Debtor.

Chapter 13

Bankruptcy Case No. 18-00192-MM13

UNDISTRIBUTED FUNDS

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED

EXPLANATION OF SOURCES: STALE DATED DEBTOR REFUND CHECK.

NAME OF PAYEE ON UNCLAIMED CHECK:

KARL S. HUDJOHN
3555 AFTON ROAD
SAN DIEGO, CA 92123

AMOUNT: $2,500.00

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtor, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [X]DEBTOR   [X]ATTORNEY   [ ]PAYEE

DATED: October 30, 2018

Anna Sebastian
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE

~PRO PER
DEBTOR ACTING AS OWN ATTORNEY
SAN DIEGO, CA 92101

192 UND