| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Karl | S. | Hudjohn |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern  District of _California_
(State)

Case number:  18-00192-MM13

---

**CSD 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1.   Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $2500.00 |
|---|---|
| Claimant's Name: | David B. Schmiedeberg, as assignee of Karl S. Hudjohn |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 7595 Dancy Rd<br>San Diego, CA 92126<br>858.603.3598<br>lytnin88@gmail.com |

### 2.   Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐   Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑   Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐   Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐   Applicant is a representative of the deceased Claimant's estate.

### 3.   Supporting Documentation

☑   Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

The information set forth on the continuation pages is APPROVED AS TO FORM:

By:_____

Financial Administrator, U.S. Bankruptcy Court

---

[1]  The Claimant is the party entitled to the unclaimed funds.
[2]  The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3]  The Owner of Record is the original payee.

**4.  Notice to United States Attorney**

☑      Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
<u>Southern</u> District of <u>California</u>

880 Front Street, Suite 6293
San Diego, CA 92101

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: 01/14/2023<br><br>_Schmiedeberg_<br>Signature of Applicant<br><br>David B. Schmiedeberg<br>Printed Name of Applicant<br><br>7595 Dancy Rd<br>Address: San Diego, CA 92126<br><br><br>Telephone: 858.603.3598<br><br>Email: lytnin88@gmail.com | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br><br>Signature of Co-Applicant (if applicable)<br><br><br>Printed Name of Co-Applicant (if applicable)<br><br><br>Address:<br><br><br>Telephone: _____<br><br>Email: _____ |
| **6. Notarization**<br>STATE OF _California_<br><br>COUNTY OF _San Diego_<br><br>This Application for Unclaimed Funds, dated<br>_Jan. 14, 2023_ was subscribed and sworn to before me this _14th_ day of _January_, 20_23_ by<br><br>_David B. Schmiedeberg_<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)      Notary Public _Matilda_<br><br>My commission expires:<br>Aug. 2, 2024 | **6. Notarization**<br>STATE OF _____<br><br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated<br>_____ was subscribed and sworn to before me this ___ day of _____, 20___ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)      Notary Public _____<br><br>My commission expires: |

MATILDA HERNANDEZ
Commission No. 2331047
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires August 2, 2024

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.