CSD 1341 [11/04/20]
Name, Address, Telephone No. & I.D. No.

Order Entered on
January 24, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
KARL S. HUDJOHN

BANKRUPTCY NO. 18-00192-MM13

Debtor.

### ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds on the above referenced case, Docket Entry No. __19__, it is ordered that

On _01/23/2023_, an application was filed for the Claimant(s): _David B. Schmiedeberg as Assignee of Karl S. Hudjohn_, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ _2,500.00_ held in unclaimed funds be made payable to _David B. Schmiedeberg as Assignee of Karl S. Hudjohn_ and be disbursed to the payee at the following address: _7595 Dancy Rd; San Diego, CA 92126_.

DATED: January 23, 2023

_[signature]_

Judge, United States Bankruptcy Court